# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv51

| | |
|---|---|
| WALTER A. HILL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| HUBBELL DISTRIBUTION, INC., | ) |
| | ) |
| Defendant. | ) |

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendant **HUBBELL DISTRIBUTION, INC.** and against the Plaintiff **WALTER A. HILL**.

Signed: April 18, 2013

Martin Reidinger
United States District Judge